AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 1 3 2026

TAMMY H. DOWNS, CLERK

By:_____
DEP CLERK

| | |
|---|---|
| Marvin L. Kemp<br>_Plaintiff/Petitioner_ | ) )<br>) | 
| Dr. Donna Hunnicutt, v. Roberta Thomas,<br>Windell Gray and Courtney Kline<br>_Defendant/Respondent_ | )<br>)<br>)<br>) |

Civil Action No. 4:26CV271-JM

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._ If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per

_(specify pay period)_ _____ .

3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply)_:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☑ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

_If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future._



**Department of Veterans Affairs**

PO BOX 4444
JANESVILLE WI 53547-4444

January 6, 2026

Veteran's Name:
Kemp, Marvin, Lemont

3042916_9802***********AUTO**5-DIGIT 71612      T27 P
MARVIN L KEMP
2108 SIDNEY ST APT 1A
WHITE HALL, AR 71602-3661

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as housing entitlements, free or reduced state park annual memberships, state or local property or vehicle tax relief, civil service preference, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter replaces VA Form 20-5455, and is considered an official record of your VA entitlement.

### --America is Grateful to You for Your Service--

Our records contain the following information:

## Personal Claim Information:
Your VA claim number is:  429 43 7244
You are the Veteran

## Military Information:
Your character(s) of discharge and service date(s) include:

Army, Honorable, 28-Dec-1998 - 04-Feb-1999

(You may have additional periods of service not listed above)



## VA Benefits Information:
Service-connected disability:  Yes
Your combined service-connected evaluation is:  100 PERCENT
The effective date of the last change to your current award was:  12/01/2025
Your current monthly award amount is:  $4,900.83
Are you being paid at the 100 percent rate because you are unemployable due to your service-connected disabilities:  Yes

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at https://www.va.gov/statedva.htm.

## Need Additional Information or Verification?
If you have any questions about this letter or need additional verification of VA benefits, you may visit our website at https://www.va.gov or call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the federal relay number is 711. Send electronic inquiries through the Internet at https://ask.va.gov.

Sincerely yours,

Regional Office Director

Enclosure(s):  What Things Affect Your Rights To Payment

**NE201221**
009802-

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:  $ Checking $500.00 .

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

81 Cutlass Oldmobile  value at $30,000

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Rent = $535.00
Lights = $140.00
Water = $10.00

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

None

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  3-13-2026

Marvin L. Kemp
*Applicant's signature*

Marvin L. Kemp
*Printed name*